Certificate Number: 05781-PAE-DE-041300853

Bankruptcy Case Number: 23-11814

05781-PAE-DE-041300853

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 7, 2026, at 4:18 o'clock PM PDT, Christine Vandergift completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 7, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President